IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY SCHARRINGHAUSEN and
DOUG STRAHM, individually and on
behalf of all others similarly situated

    Plaintiffs,

v.

SOLUTIA INC. EMPLOYEES'
PENSION PLAN, et al.,

    Defendants.                                      Case No. 06-CV-99-DRH

### ORDER

**HERNDON, District Judge:**

        This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal, filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)** (Doc. 36). Plaintiffs state their intent to voluntarily dismiss this action "as of right because neither an answer to Plaintiffs' complaint nor a motion for summary judgment has been filed or served." Moreover, Plaintiffs believe their interests "would be best served by the expeditious prosecution of a consolidated action" of two related actions pending before the Court: ***Davis v. Solutia, Inc.*, Case No. 05-cv-736** and ***Hammond v. Solutia, Inc.*, Case No. 06-cv-139**.

        As the Court finds Plaintiffs' statements to be true and in compliance with the requirements of **Rule 41(a)**, the Court hereby **ACKNOWLEDGES** Plaintiffs' Notice of Voluntary Dismissal (Doc. 36). This action is hereby **DISMISSED**

**WITHOUT PREJUDICE**, pursuant to Plaintiffs' Motion.  All other pending motions in this action are therefore deemed **MOOT**.

        **IT IS SO ORDERED.**

Signed this 27th day of April, 2006.

                                      /s          David   RHerndon
                                      **United States District Judge**